```
DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BULFRANO GAYTAN-MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-MJ-0236-EFB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY HEARING |
| BULFRANO GAYTAN-MENDOZA, ) | |
| Defendant. ) | Date:  8/21/07<br>Time:  2:00 pm<br>Judge: Hon. Edmund F. Brennan |

As previously agreed in open court, the United States of American through Kyle Reardon, Assistant United States Attorney, together with the defendant Bulfrano Gaytan-Medoza through Assistant Federal Defender Matthew Bockmon agree under Fed.R.Crim.P. 5.1(d) to extend the ten-day time limit of Fed.R.Crim.P. 5.1(c) to give defense counsel time to research Mr. Gaytan's criminal history and any claim to U.S. citizenship before the Grand Jury returns an indictment in this case.

/////

/////

1

Dated:   August 2, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ MATTHEW C. BOCKMON
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
BULFRANO GAYTAN-MENDOZA

Dated: August 2, 2007


/s/ KYLE REARDON
KYLE REARDON
Assistant United States Attorney
Per telephonic authorization

SO ORDERED CONTINUING PRELIMINARY HEARING WITH DEFENDANT'S CONSENT AND SHOWING OF GOOD CAUSE UNTIL AUGUST 21, 2007.

DATED: August 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/gaytan-mendoza0236.stipord