DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BULFRANO GAYTAN-MENDOZA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0358 GEB |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| BULFRANO GAYTAN-MENDOZA, | ) |
| Defendant. | ) Date: September 21, 2007 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Bulfrano Gaytan-Mendoza, though their respective attorneys, that the status conference scheduled for September 21 may be continued to October 26, 2007, at 9:00 a.m.

Defense counsel seeks additional time to obtain court records concerning Mr. Gaytan-Mendoza's sole prior felony conviction, which defense counsel will then review in consultation with an immigration specialist. The outcome of this review may significantly affect how the parties approach the case. To have time to obtain and review these

1  records, the parties agree that time under the Speedy Trial Act should be
2  excluded from the date of this order through October 26, 2007, pursuant
3  to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and
4  (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   September 19, 2007     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for

MCGREGOR SCOTT
United States Attorney

Dated:   September 19, 2007     /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The status conference is continued to October 26, 2007, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 26, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

September 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-