DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BULFRANO GAYTAN-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-0358 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| BULFRANO GAYTAN-MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | Date:  October 26, 2007 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Bulfrano Gaytan-Mendoza, though their respective attorneys, that the status conference presently scheduled for October 26, 2007 may be continued to December 7, 2007, at 9:00 a.m.

Defense counsel seeks additional time to consult with an immigration specialist and complete legal research which may significantly affect how the parties approach the case.  The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through December 7, 2007, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  October 25, 2007     /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for BULFRANO GAYTAN-MENDOZA


                             MCGREGOR SCOTT
                             United States Attorney

Dated:  October 25, 2007     /s/ T. Zindel for K. Reardon
                             KYLE REARDON
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

                          **O R D E R**

     The status conference is continued to December 7, 2007, at 9:00 a.m.
The court finds that a continuance is necessary for the reasons stated
above and further finds that the ends of justice served by granting a
continuance outweigh the best interests of the public and the defendant
in a speedy trial.   Time is therefore excluded from the date of this
order through December 7, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
(B)(iv).

Dated:  October 25, 2007

                             _____
                             GARLAND E. BURRELL, JR.
                             United States District Judge

Stip. and Order                    -2-