```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BULFRANO GAYTAN-MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>BULFRANO GAYTAN-MENDOZA,<br><br>           Defendant.<br>_____ | No. 2:07-cr-0358 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  December 7, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Bulfrano Gaytan-Mendoza, though their respective attorneys, that the status conference presently scheduled for December 7, 2007 may be continued to January 11, 2008, at 9:00 a.m.

Defense counsel seeks additional time because the government needs time to consider defendant's materials and proposed resolution. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through January 11, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: December 6, 2007 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for BULFRANO GAYTAN-MENDOZA |
|   | MCGREGOR SCOTT<br>United States Attorney |
| Dated: December 6, 2007 | /s/ T. Zindel for K. Reardon<br>KYLE REARDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The status conference is continued to January 11, 2008, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: December 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. and Order                    -2-