```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
10  UNITED STATES OF AMERICA,      )
                                   )
11              Plaintiff,         )   CR. No. S-07-0358 GEB
                                   )
12       v.                        )
                                   )   MOTION TO DISMISS INDICTMENT
13  BULFRANO GAYTAN MENDOZA,       )   and [PROPOSED] ORDER
                                   )   DISMISSING INDICTMENT
14              Defendant.         )
    _____)
15
```

16      Pursuant to Rule 48(a) of the Federal Rules of Criminal
17 Procedure, Plaintiff, United States of America, by and through its
18 undersigned attorney, asks the Court to file an order dismissing
19 the indictment against Bulfrano Gaytan-Mendoza, filed on August
20 16, 2007, in CR. No. S-07-0358 GEB.  On December 20, 2007, in the
21 courtroom of Magistrate Judge Edmund F. Brennan, the defendant
22 pleaded guilty to an information charging a misdemeanor violation
23 of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien.
24 ///
25 ///
26 ///
27 ///
28 ///

1

1  The defendant waived appeal and was sentenced to six (6) months
2  confinement.
3
4
5  DATED: January 9, 2008                McGREGOR W. SCOTT
                                         United States Attorney
6
                                         By */s/ Kyle Reardon*
7                                        KYLE REARDON
                                         Assistant U.S. Attorney
8
9
10
                                    O R D E R
11
12 APPROVED AND SO ORDERED:
13
   Dated:   January 10, 2008
14
15                                  _____
                                    GARLAND E. BURRELL, JR.
16                                  United States District Judge

2